■ YELLOW TRADING LIMITED, Respondent, v FRATELLI RI-
CATTO IMPORT & EXPORT CO., INC., Appellant. [719 NYS2d 610]
—In an action, *inter alia,* to recover damages for breach of
contract, the defendant appeals from a judgment of the
Supreme Court, Kings County (Mason, J.), dated January 3,
2000, which, after an inquest on the issue of damages upon the
striking of its answer, is in favor of the plaintiff and against it
in the principal sum of $59,835.81.

Ordered that the judgment is affirmed, with costs.

Contrary to the defendant's contention, the Supreme Court
did not err in granting the plaintiff's motion to strike its
answer, pursuant to the terms of a so-ordered stipulation
providing for such a remedy, after the defendant failed to
timely provide agreed-to disclosure (*see,* CPLR 3126; *cf., Sand-
cham Realty Corp. v Sonnenschine,* 246 AD2d 477).

The defendant's remaining contentions are without merit
(*see, Aliano v LaMaina,* 176 Misc 2d 975, *affd* 255 AD2d 276).
Ritter, J. P., S. Miller, Luciano and Smith, JJ., concur.